Same case below, 243 P.3d 1113.

■

**No. 11-7397. Eric A. Graham, Petitioner v. A. J. Padula, Warden.**

565 U.S. 1164, 132 S. Ct. 1109, 181 L. Ed. 2d 992, 2012 U.S. LEXIS 770.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 415 Fed. Appx. 477.

■

**No. 11-7398. Danielle Biton, Petitioner v. United Airlines, et al.**

565 U.S. 1164, 132 S. Ct. 1109, 181 L. Ed. 2d 992, 2012 U.S. LEXIS 859.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

■

**No. 11-7402. Abo Obaida Hussein, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

565 U.S. 1164, 132 S. Ct. 1109, 181 L. Ed. 2d 992, 2012 U.S. LEXIS 830.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

■

**No. 11-7403. Monte L. Haney, Petitioner v. Carol Yaggy, Judge, Superior Court of California, San Francisco County, et al.**

565 U.S. 1164, 132 S. Ct. 1110, 181 L. Ed. 2d 992, 2012 U.S. LEXIS 809.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7404. Loy C. Hudson, Petitioner v. Department of the Treasury Financial Management Service.**

565 U.S. 1165, 132 S. Ct. 1110, 181 L. Ed. 2d 992, 2012 U.S. LEXIS 760, ■

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

■

**No. 11-7406. Larry E. Hendricks, Petitioner v. South Carolina Department of Probation, Parole and Pardon Services.**

565 U.S. 1165, 132 S. Ct. 1136, 181 L. Ed. 2d 992, 2012 U.S. LEXIS 822, ■

January 17, 2012. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

■

**No. 11-7407. Michael Anthony Harris, Petitioner v. Larry Small, Warden.**

565 U.S. 1165, 132 S. Ct. 1110, 181 L. Ed. 2d 992, 2012 U.S. LEXIS 788.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

■

**No. 11-7408. Richard Grande, Petitioner v. Linda Kelly, Attorney General of Pennsylvania, et al.**

565 U.S. 1165, 132 S. Ct. 1110, 181 L. Ed. 2d 992, 2012 U.S. LEXIS 773.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.